# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLINGTON INDUSTRIES, INC., <br> Plaintiff, <br><br> v. <br><br> BRIDGEPORT FITTINGS, INC. <br> Defendant. | Civil Action No.: 3:06-CV-1105 (ARC) <br><br> **ELECTRONICALLY FILED** |

## PLAINTIFF ARLINGTON INDUSTRIES, INC.'S MOTION TO STRIKE AMENDMENT TO DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Local Rule 7.1, Plaintiff Arlington Industries, Inc. ("Arlington") hereby submits this Motion to Strike Defendant Bridgeport Fittings, Inc.'s ("Bridgeport's") Amendment to its Answer to Arlington's Second Amended Complaint, filed December 21, 2007. The grounds for this motion are fully set forth in the accompanying memorandum of points and authorities, which is incorporated herein by reference.

684306.1

Dated:  March 27, 2008             Respectfully submitted,

By: /s/ Robert J. Tribeck
    Robert J. Tribeck
    Rhoads & Sinon LLP
    One South Market Square
    Harrisburg, PA 17108-1146
    Telephone:  (717) 223-5731
    Facsimile:   (717) 231-6600

    Mark L. Hogge (admitted *pro hac vice*)
    Shailendra Maheshwari (admitted *pro hac vice*)
    Greenberg Traurig, LLP
    2101 L Street, N.W.
    Washington, DC  20037
    Telephone:  (202) 331-3100
    Facsimile:   (202) 331-3101

    Kathryn L. Clune (admitted *pro hac vice*)
    Crowell & Moring
    1001 Pennsylvania Ave, N.W.
    Washington, DC 20004-2595
    Telephone:  (202) 624-2705
    Facsimile:   (202) 628-5116

    Auzville Jackson, Jr., (admitted *pro hac vice*)
    8652 Rio Grande Road
    Richmond, VA  23229
    Telephone:  (804) 740-6828

    *Attorneys for Arlington Industries, Inc.*

## **CERTIFICATE OF NON-CONCURRENCE**

The undersigned hereby certifies that Plaintiff Arlington Industries, Inc., sought the concurrence of Defendant's counsel in the foregoing Motion To Strike Amendment to Defendant's Answer to Plaintiff's Second Amended Complaint, and such concurrence was refused.

/s/ Mark L. Hogge
Mark L. Hogge

## CERTIFICATE OF SERVICE

I certify that on March 27, 2008, a true and accurate copy of the foregoing document was served upon the following pursuant to the Middle District of Pennsylvania electronic filing guidelines:

>Alan Anderson, Esquire
>Fulbright & Jaworski LLP
>2100 IDS Center
>Minneapolis, MN  55402-2112
>**aanderson@fulbright.com**
>
>Robert N. Gawlas, Jr.
>Rosenn Jenkins & Greenwald, LLP
>15 South Franklin Street
>Wilkes Barre, PA  18711
>**rgawlas@rjglaw.com**

/s/ Robert J. Tribeck
Robert J. Tribeck