IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | CIVIL ACTION NO. 3:06-CV-1105 |
| | : | |
| **Plaintiff,** | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of April, 2014, upon consideration of the motion for summary judgment of infringement (Doc. 429) filed by Arlington Industries, Inc., and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion for summary judgment of infringement is GRANTED.

2. The Clerk of Court is directed to enter judgment in favor of plaintiff and against defendant on plaintiff's claim of infringement of claim 8 of the United States Patent No. 5,266,050 by defendant Bridgeport Fittings, Inc.'s Whipper-Snap Duplex Connectors, catalog numbers 3838ASP and 3838SP.

3. The '831 patent claims remain stayed pending completion of the appeal to the Federal Circuit.

      /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania