IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLINGTON INDUSTRIES, INC., : | CIVIL ACTION NO. 3:06-CV-1105 |
| Plaintiff, : | |
| : | (Chief Judge Conner) |
| v. : | |
| BRIDGEPORT FITTINGS, INC., : | |
| Defendant : | |

## ORDER

AND NOW, this 16th day of May, 2014, following a telephone conference held with the parties, it is hereby ORDERED that:

1. The court's order (Doc. 459) granting plaintiff's motion for summary judgment of infringement is AMENDED to read as follows:

   a. Plaintiff's motion (Doc. 429) for summary judgment of infringement of claim 8 of the United States Patent No. 5,266,050 by defendant Bridgeport Fittings, Inc.'s Whipper-Snap Duplex Connectors, catalog numbers, 3838ASP and 3838SP, is GRANTED.

   b. The Clerk of Court is directed to defer entry of judgment until the conclusion of the case.

   c. The '831 patent claims remain stayed pending completion of the appeal to the Federal Circuit.

2. The parties are directed to meet and confer to determine appropriate dates for remaining expert depositions as well as a deadline for any anticipated motions for summary judgment on damages.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania