IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ARLINGTON INDUSTRIES, INC., | : | CIVIL ACTION NO. 3:06-CV-1105 |
|---|---|---|
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| BRIDGEPORT FITTINGS, INC., | : | |
| Defendant | : | |

## ORDER

AND NOW, this 31st day of March, 2015, upon consideration of plaintiff's motion (Doc. 483) to dismiss with prejudice claims related to United States Patent Number 6,521,831 ("the '831 patent") and defendant's motion (Doc. 486) to lift stay and for summary judgment and costs on same, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The stay of the '831 patent claims imposed by the order (Doc. 428) of court dated September 12, 2013 is LIFTED.

2. The motion (Doc. 483) to dismiss with prejudice claims related to the '831 patent, Counts I and III of the second amended complaint (Doc. 102), filed by plaintiff Arlington Industries, Inc., is GRANTED.

3. The Clerk of Court is directed to defer entry of judgment until the conclusion of the case.

4. The motion (Doc. 486) for summary judgment and costs on Counts I and III of the amended complaint, filed by defendant Bridgeport Fittings, Inc., is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania