IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | CIVIL ACTION NO. 3:06-CV-1105 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 7th day of May, 2015, upon consideration of plaintiff Arlington Industries, Inc.'s ("Arlington") motion (Doc. 465) for summary judgment of damages for sales of Bridgeport Fittings, Inc.'s ("Bridgeport") Whipper-Snap Duplex Connectors, catalog numbers 3838ASP and 3838SP, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Judgment is entered in favor of Arlington and against Bridgeport in the amount of $1,076,482.87, consisting of $1,054,651.27 in lost profits and $21,831.60 in reasonable royalties. See 35 U.S.C. § 284.

2. The Clerk of Court is directed to CLOSE this case.

3. Any petition for attorneys' fees and costs shall be filed within thirty (30) days of the date of this order in accordance with Federal Rule of Civil Procedure 54(d) and the local rules of this court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania