# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | **CIVIL ACTION NO. 3:06-CV-1105** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 17th day of March, 2016, upon consideration of plaintiff Arlington Industries, Inc.'s motion (Doc. 545) for attorney fees and litigation expenses, it is hereby ORDERED that the motion (Doc. 545) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania