IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARLINGTON INDUSTRIES, INC.,** | : | CIVIL ACTION NO. 3:06-CV-1105 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **BRIDGEPORT FITTINGS, INC.,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 27th day of May, 2016, upon consideration of plaintiff Arlington Industries, Inc.'s motion (Doc. 572) for reconsideration of the court's memorandum and order (Docs. 570, 571) denying Arlington's motion (Doc. 545) for attorney fees and litigation expenses, it is hereby ORDERED that the motion (Doc. 572) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania